```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 18981
   EARL THURMAN
   DELORES THURMAN                             CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5833     SSN XXX-XX-5026
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   The case was filed on 07/24/2008 and was not confirmed.

   The case was dismissed without confirmation 10/16/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE MANHATTAN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED | 90.00 | .00 | 45.00 |
| UNKNOWN . | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE HEALTH CARE FED | UNSECURED | NOT FILED | .00 | .00 |
| FOUNDATION EMERGENCY | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK USA | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 1771.11 | .00 | .00 |
| ECAST SETTLEMENT | UNSECURED | 951.11 | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| KV KARACHORL MD | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEMORIAL HO | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 722.99 | .00 | .00 |
| SEARS/CBSD | UNSECURED | NOT FILED | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| RHOMEL HARLAND | NOTICE ONLY | NOT FILED | .00 | .00 |
| PIERCE & ASSOCIATES | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| ADVANCE AMBULANCE | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 11.50 | .00 | 11.50 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,500.00 | | 425.67 |
| TOM VAUGHN | TRUSTEE | | | 37.83 |
| DEBTOR REFUND | REFUND | | | .00 |

   Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 520.00 | |
| PRIORITY | | 11.50 |
| SECURED | | 45.00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 425.67 |
| TRUSTEE COMPENSATION | | 37.83 |
| DEBTOR REFUND | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18981 EARL THURMAN & DELORES THURMAN

```
                              ---------------        ---------------
TOTALS                               520.00                 520.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
  Dated: 02/24/09                       _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE